In the Matter of the Application of JAMES FITZPATRICK, a Candidate Aggrieved, Petitioner, Appellant, against S. HOWARD COHEN and Others, Constituting the Board of Elections of the City of New York, etc., Respondents.— Order unanimously affirmed. No opinion. Present — O'Malley, Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of JAMES P. RYAN, Respondent, for the Determination of the Court as to the Designation of THOMAS MURRAY in Election Districts 1 to 21 Inclusive and 23 and 24, Named in the Petition Headed by Committee on Vacancies:— THOMAS RYAN, ALBERT I. NOVAK, ROCCO ESPOSITO, Appellants, Commonly Known as the "Murray Petition," 14th Assembly District, Elections Districts 1 to 21 Inclusive and 23 and 24, New York County.— Order unanimously affirmed. No opinion. Present — O'Malley, Glennon, Dore, Cohn and Callahan, JJ. [172 Misc. 105.]

In the Matter of the Application of JOSEPH J. CIOFFI, Petitioner, Appellant, for the Determination by the Court as to the Designation of JOSEPH J. CIOFFI and Others, Named in the Petition Known as Cioffi Petition of the Democratic Party for the 18th Assembly District, New York County, Covering the 22nd Election District to 45th Election District, Inclusive.— Order unanimously affirmed. No opinion. Present — O'Malley, Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of SIDNEY FORSCHER, Appellant, for the Determination of the Court as to the Validity of the Petitions Purporting to Designate Candidates for the Republican Party Position of County Committeemen in the 1st Election District to 33rd Election Districts, Inclusive, etc., of the 23rd Assembly District, New York County, and Which Petition Bears the Names of Harry D. Sporkin, Colotta M. Woolley and William Giffin as a Committee to Fill Vacancies. — Order unanimously affirmed. No opinion. Present — O'Malley, Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of SIDNEY FORSCHER, Appellant, for an Order Directing the BOARD OF ELECTIONS IN THE CITY OF NEW YORK to Strike from the Register of Voters in the 2nd Election District of the 23rd Assembly District, New York County, the Name of HARRY D. SPORKIN.— Order unanimously affirmed. No opinion. Present — O'Malley, Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of WILLIAM MAYERHOFER, Appellant, on Behalf of Himself and Other Persons Similarly Situated, for an Order Directing the BOARD OF ELECTIONS IN THE CITY OF NEW YORK, Respondent, to Make Appointments as Republican Inspectors of Election in the 1st to the 33rd Election Districts, Inclusive, and the 40th to the 43rd Election Districts, Inclusive, of the 23rd Assembly District, New York County, from the Original List Filed in the Office of the Board of Elections in the City of New York by the Chairman of the New York County Republican Committee.— Order unanimously affirmed. No opinion. Present — O'Malley Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of MARY KENNY, Appellant, for an Order Directing S. HOWARD COHEN and Others, Said Persons Constituting the Board of Elections of the City of New York, Respondents, to Correct Her Enrollment in the Third Election District of the 12th Assembly District, New York County.— Order unanimously affirmed. No opinion. Present — O'Malley, Glennon, Dore, Cohn and Callahan, JJ.